UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY JERMAINE WILLIAMS,

Defendant.
______________________________ /

**INDICTMENT**

The Grand Jury charges:

**Arson within special maritime and territorial jurisdiction**

On or about August 13, 2026, in Cass County, on land held in trust by the United States for the Pokagon Band of Potawatomi, in the Southern Division of the Western District of Michigan,

ANTHONY JERMAINE WILLIAMS

willfully and maliciously set fire to and burned a building, structure, and machinery.

18 U.S.C. § 81
18 U.S.C. § 1152

A TRUE BILL

[ /s/ Redacted ]
______________________________
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

______________________________
OLIVIA KAY GHISELLI
Assistant United States Attorney